UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:                                )
                                      )
EVERY LOAD MOVES, INC.                )        CASE NO. 04-51446 - THF
                                      )        CHAPTER 7
                Debtor(s)             )

## AMENDED NOTICE TO PAY UNCLAIMED MONEY
## INTO THE UNITED STATES TREASURY ACCOUNT

Comes the Interim Trustee, Deborah B. Simon, and states in the above styled case the following checks, issued on December 5, 2010, were returned to the Trustee by the U.S. Postmaster "undeliverable as addressed, unable to forward", or remain uncashed after more than 90 days, as indicated below:

| Date of Check | Claimant and Check Number | Amount |
|---|---|---|
| 12/5/2010 | M & A Towing and Repair, #1047<br>Stop payment | $52.75 |
| 12/5/2010 | RJ Transportation Inc., #1034<br>Stop payment | $422.01 |
| 12/5/2010 | Samara Transportation, Inc., #1059<br>Stop payment | $337.61 |
| 12/5/2010 | A & A Express, #1098<br>Stop payment | $281.34 |
| 12/5/2010 | West Trucking 1, Inc., #1011<br>Stop payment | $31.65 |
| 12/5/2010 | K2 Express, Inc., #1072<br>Stop payment | $182.87 |
| 12/5/2010 | A & A Transportation, #1038<br>Stop payment | $101.85 |
| 12/5/2010 | One Way Group, Inc., #1099<br>Stop payment | $288.37 |

| Date | Payee | Amount |
|---|---|---|
| 12/5/2010 | LA, Inc., #1154<br>Stop payment | $77.37 |
| 12/5/2010 | D2D, Inc., #1169<br>Stop payment | $189.20 |
| 12/5/2010 | N & J Transport, Inc., #1167<br>Stop payment | $140.67 |
| 12/5/2010 | Nicolet Transportation Service, #1171<br>Stop payment | $239.14 |
| 12/5/2010 | Findale Farms, Inc., #1179<br>Stop payment | $83.70 |
| 12/5/2010 | M.Y. Novol & Co., Inc., #1166<br>Stop payment | $66.82 |
| 12/5/2010 | Golden Transit, #1174<br>Stop payment | $393.88 |
| 12/5/2010 | Runabout Express, Inc., #1168<br>Stop payment | $233.80 |
| 12/5/2010 | Hawley Transportation, #1084<br>Returned to Trustee | $448.65 |
| 12/5/2010 | US1 Transport, LLC, #1104<br>Returned to Trustee | $339.45 |
| 12/5/2010 | General Transport Express, LLC, #1019<br>Returned to Trustee | $436.08 |
| 12/5/2010 | J & J Transportation LLC, #1097<br>Returned to Trustee | $309.47 |
| 12/5/2010 | Solis Trucking, Inc., #1131<br>Returned to Trustee | $611.92 |
| 12/5/2010 | McKee Trucking, Inc., #1016<br>Returned to Trustee | $175.84 |
| 12/5/2010 | MTD Services, Inc., #1018<br>Returned to Trustee | $42.20 |
| 12/5/2010 | T & S Express, Inc., #1079<br>Returned to Trustee | $371.37 |

| Date | Description | Amount |
|---|---|---|
| 12/5/2010 | K & A Carrier Services, Inc., #1176 Returned to Trustee | $5,687.30 |
| 12/5/2010 | Joymark Express, LLC, #1114 Returned to Trustee | $133.64 |
| 12/5/2010 | Alabama Motor Express, #1102 Returned to Trustee | $323.54 |
| 12/5/2010 | Goldline Trucking, #1080 Returned to Trustee | $126.60 |
| 12/5/2010 | Running Bear Transportation, #1052 Returned to Trustee | $88.62 |
| 12/5/2010 | Global Transportation, #1141 Returned to Trustee | $168.80 |
| 12/5/2010 | DC Trucking Corp., #1078 Returned to Trustee | $149.81 |
| 12/5/2010 | Rey Martinez Trucking, #1039 Returned to Trustee | $165.67 |
| 12/5/2010 | Scott Handy Trucking, #1076 Returned to Trustee | $256.72 |
| 12/5/2010 | Columbus Express Transportation, Inc. Check No. 1081, Returned to Trustee | $219.36 |
| 12/5/2010 | Rame's Hauling, LLC, #1014 Returned to Trustee | $59.08 |
| 12/5/2010 | D & K Rapid Transit, #1066 Returned to Trustee | $173.02 |
| 12/5/2010 | Godwin Trucking Service, #1009 Returned to Trustee | $168.80 |
| 12/5/2010 | Integrity Express, LLC, #1117 Returned to Trustee | $91.44 |
| 12/5/2010 | Active Transportation Co., #1027 Returned to Trustee | $495.86 |
| 12/5/2010 | FMC Trucking LLC, #1128 Returned to Trustee | $341.13 |

| | | |
|---|---|---|
| 12/5/2010 | JVB Real Enterprises LLC, #1152<br>Returned to Trustee | $1,332.68 |
| 12/5/2010 | BOP Transport, #1139<br>Returned to Trustee | $59.08 |
| 12/5/2010 | Internal Revenue Service, #1182<br>Returned to Trustee, check amount incorrect.<br>Trustee issued new check to IRS on 12/13/2010<br>for $2,567.46 which cleared, for a net returned<br>to the estate of $1,983.82. | $1,983.82 |
| 12/5/2010 | Apex Capital Corp., #1155 (check was<br>cashed by creditor and creditor returned<br>the sum of $1,139.98 to Trustee | $1,139.98 |

WHEREFORE, the Trustee attaches a check in the sum of $19,022.96, payable to the Clerk, U.S. Bankruptcy Court for deposit in the U.S. Treasury account for unclaimed funds. (11 USC §347)

/S/ Deborah B. Simon_____
Deborah B. Simon, Trustee
U.S. Bank Building, Ste. 607
333 Broadway
Paducah, KY 42001-0720
(270) 443-0340

### Certificate of Service

I certify that on March 14, 2011 I electronically filed this document through the ECF system, which will send a notice of electronic filing to all persons who have filed a notice of appearance and request for notices in this case.

/s/ Deborah B. Simon_____
Deborah B. Simon